ORANGE T. FANNING et al., Appellants, *v.* BELLE TERRE, INCORPORATED, et al., Respondents, and CHARLES A. SQUIRES, as Trustee in Bankruptcy of FRED N. YARRINGTON, Appellant, Impleaded with Others.

*Fanning* v. *Belle Terre*, 168 App. Div. 929, affirmed.
(Argued October 24, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1915, affirming a judgment of Special Term in an action to foreclose a mechanic's lien. The judgment from which the appeal was taken affirmed a judgment which dismissed the plaintiffs' complaint, with costs, and determined that notices of lien, filed by the plaintiffs and by the defendant F. N. Yarrington were insufficient and void, and that the deed of the premises described in the complaint executed by defendant Belle Terre . Development Company to defendant

Suburban Construction Company, and dated July 29, 1909, vested the title to said premises in said Suburban Construction Company, and that said deed had priority over the notices of lien filed by the plaintiffs and Yarrington.

*Thomas J. Ritch, Jr.,* and *L. H. Dickerson* for appellants.

*Willard N. Baylis, Frederick H. Sanborn* and *Hugh Satterlee* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, MCLAUGHLIN and CRANE, JJ.